Court of Appeals for the District of Columbia granted.
*Mr. James E. McCabe* for petitioners. No appearance
for respondent.

No. 970. HOPKINS FEDERAL SAVINGS & LOAN ASSN.
*v.* CLEARY ET AL.;
No. 971. RELIANCE BUILDING & LOAN ASSN. *v.* SAME;
and
No. 972. NORTHERN BUILDING &. LOAN ASSN. *v.*
SAME. See *ante*, p. 721.

No. 990. MILLER *v.* IRVING TRUST CO, TRUSTEE. June
3, 1935. Petition for writ of certiorari to the Circuit
Court of Appeals for the Second Circuit granted. *Mr.
Sol M. Stroock* for petitioner. No appearance for re-
spondent.

No. 901. KLAMATH & MOADOC TRIBES OF INDIANS ET
AL. *v.* UNITED STATES. June 3, 1935. Petition for writ of
certiorari to the Court of Claims granted. *Mr. G. Car-
roll Todd* for petitioners. *Solicitor General Reed, Assist-
ant Attorney General Blair,* and *Messrs. George T. Stor-
mont* and *Wilfred Hearn* for the United States.

No. 918. BORAX CONSOLIDATED, LTD., ET AL. *v.* LOS
ANGELES. June 3, 1935. Petition for writ of certiorari
to the Circuit Court of Appeals for the Ninth Circuit
granted. *Mr. Gurney E. Newlin* for petitioners. *Mr.
Loren A. Butts* for respondent.